# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 17, 2019

## NO. 03-18-00219-CR

**Allison Scott Shaw, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND SMITH
MODIFIED AND, AS MODIFIED, AFFIRMED; AFFIRMED --
OPINION BY JUSTICE SMITH**

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgments requiring reversal. However, there was error in the judgment for Count I that requires correction. Therefore, the Court modifies the judgment of conviction for theft in Count I to reflect that the "Statute for Offense" is "31.03(a), (e)(4)(D) / 12.425(c) Penal Code." As so modified, the trial court's judgment of conviction for theft in Count I is affirmed; the trial court's judgment of conviction for tampering with physical evidence in Count III is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.